# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2022

## NO. 03-21-00319-CV

**William Cyree, Appellant**

**v.**

**Kimberley Kay Cyree, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on April 13, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.